**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 12-20003-06-CM |
| REBECCA L. ZEHRING, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This closed criminal case is before the court on a motion filed by defendant Rebecca L. Zehring titled "Motion for the United States Attorney and or Special Master to Produce Documents and Information." (Doc. 673.) In this motion, defendant asks this court to take action with respect to another case pending before another judge in this District – *United States v. Black*, 16-20032-JAR. In *Black*, Judge Robinson appointed a Special Master to review evidence related to attorney-client conferences at a correctional facility, formerly Corrections Corporation of America ("CCA"). Defendant seeks production of documents and information that may be a part of the review in Judge Robinson's case.

This court declines to intervene in the ongoing *Black* case. As long as *Black* and the investigation ongoing therein remain active, this court will not order discovery or other action that would interfere with or potentially conflict with *Black*.

The court notes that on July 17, 2018, Judge Robinson issued Standing Order 18-3, which "appoints the Federal Public Defender to represent any defendant from the District of Kansas who may have a post-conviction Sixth Amendment claim based on the recording of in-person attorney-client meetings or attorney-client phone calls by any holding facility housing federal detainees within this

-1-

District." If defendant may have a post-conviction Sixth Amendment claim that qualifies under Judge Robinson's standing order, the Federal Public Defender will represent her in accordance with the order.

**IT IS THEREFORE ORDERED** that defendant's Motion for the United States Attorney and or Special Master to Produce Documents and Information (Doc. 673) is denied.

Dated this 8th day of August 2018, at Kansas City, Kansas.

                                                **s/ Carlos Murguia**
                                                **CARLOS MURGUIA**
                                                **United States District Judge**