## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

United States of America,

   **Plaintiff,**

v.               Case No. 12-20003-06-JWL

Rebecca L. Zehring,

   **Defendant.**

## <u>ORDER</u>

In April 2013, defendant entered a plea of guilty to conspiracy to possess with intent to distribute and to distribute more than 50 grams of methamphetamine and to possession of a firearm in furtherance of a drug trafficking crime. Defendant completed her term of supervised release in April 2021. This matter is presently before the court on a pro se motion filed by defendant using a boilerplate "petition" form that appears to have been created by the Kansas state courts for the purpose of petitioning for relief from offender registration (doc. 831). The government has responded to the petition and the time for a reply brief has passed. As will be explained, the motion is dismissed for lack of jurisdiction.

The Kansas Offender Registration Act, K.S.A. § 22-4901 et seq., applies to "drug offenders," which includes those convicted of drug trafficking offenses in violation of K.S.A. § 21-5705(a)(1) or drug trafficking conspiracies in violation of K.S.A. § 21-5302. *See* K.S.A. § 22-4902(f). It also pertains to those convicted of a comparable "out-of-state conviction." K.S.A. § 22-4902(f)(2). An "out-of-state" conviction includes one in federal court. K.S.A. § 22-4902(r).

The Kansas Offender Registration Act provides a process for "drug offenders" to be relieved of further registration obligations under K.S.A. § 22-4908. The individual must file a verified petition if they have registered for at least five years after all incarceration and supervision has concluded.  *See* K.S.A. § 22-4908(a).  For an individual like defendant who was not convicted in a State of Kansas court, the petition must be filed in the district court of the Kansas county where that person is currently required to register. *See* K.S.A. § 22-4908(d)(1).  Defendant's petition indicates that she is currently required to register in Shawnee County, Kansas.  Thus, she must file her petition for relief (and the requisite docket fee) in the District Court of Shawnee County, Kansas. This court lacks jurisdiction to grant the relief requested by defendant.  The motion, then, is dismissed.

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant's petition for relief from offender registration (doc. 831) is dismissed.

**IT IS SO ORDERED.**

Dated this 17th day of July, 2026, at Kansas City, Kansas.

s/John W. Lungstrum
John W. Lungstrum
United States District Judge

2